UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Bruce W. Black    **Hearing Date** 4/17/15

**Bankruptcy Case** 12 B 12649    **Adversary No.**

**Title of Case** David & Sandra Soper

**Brief Statement of Motion** Debtors' Motion to Determine Final Cure/Mortgage Payment

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Parties granted leave to file and serve response by or before  5/8/15

Reply to be filed and served by or before  5/22/15

*/s/ Bruce W. Black*

U S Bankruptcy Judge Bruce W. Black